### PERKINS *v.* THE STATE.

COBB, J.   1. The evidence was of such a character as to authorize an instruction on the law relating to the statutory offense of "shooting at another." *Harris* v. *State*, 120 *Ga.* 167.

2. The charges complained of were not erroneous for any of the reasons assigned. The evidence authorized the verdict, and no sufficient reason has been shown for reversing the judgment.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Submitted July 10, — Decided August 2, 1905.

Conviction of shooting at another. Before Judge Littlejohn. Stewart superior court. May 24, 1905.

*R. S. Wimberly*, for plaintiff in error.

*F. A. Hooper, solicitor-general*, contra.